**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**

CAMERON SCHWEITZER, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

vs.

HERTZ GLOBAL HOLDINGS, INC., WAYNE GILBERT WEST, and SCOTT M. HARALSON,

Defendants.

Case No. 2:26-cv-02242-KCD-NPM

CLASS ACTION

**UNOPPOSED MOTION FOR SPECIAL ADMISSION**

David J. Schwartz, Esquire, an attorney with Schall, Brown & Schwartz LLP in Eastchester, New York, moves for special admission to represent Movants Boathouse Row I, LP, Boathouse Row II, LP, and Boathouse Row Offshore Minyan, Ltd. in this action.

I am not a member in good standing of The Florida Bar.

I am a member in good standing of a bar of a United States district court; specifically, the Southern District of New York.

I have not abused the privilege of special admission by maintaining a regular law practice in Florida. I have appeared in one case in state or federal court in Florida within the last thirty-six months; *In re KnowBe4, Inc. Sec. Litig.*, Southern District of Florida, Case No. 25-22574-Civ-Altonaga/Reid.

I will comply with the federal rules and this Court's local rules.

I am familiar with 28 U.S.C. § 1927, which provides:

> Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

I have paid the fee for special admission or will pay the fee upon special admission.

I will register with the Court's CM/ECF system.

I affirm the oath, which states:

I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

DATED: September 24, 2026

**SCHALL, BROWN & SCHWARTZ, LLP**
DAVID J. SCHWARTZ

*s/ David J. Schwartz*
DAVID J. SCHWARTZ

274 White Plains Rd., Suite 1
Eastchester, NY 10709
Telephone: (914) 206-9742
david@schallfirm.com

**SCHALL, BROWN & SCHWARTZ, LLP**
ANDREW J. BROWN
BRIAN O. O'MARA
501 W. Broadway, Suite 1490
San Diego, CA 92101
Telephone: (310) 301-3335
andrew@schallfirm.com
omara@schallfirm.com

-and-

**SCHALL, BROWN & SCHWARTZ, LLP**
BRIAN SCHALL
ADAM ROSEN
2049 Century Park East, Suite 2460
Los Angeles, CA 90067
Telephone: (310) 301-3335
brian@schallfirm.com
adam@schallfirm.com

**DWOSKIN WASDIN LLP**
ERIC S. DWOSKIN
Florida Bar No. 112459
433 Plaza Real, Suite 275
Boca Raton, FL 33432
Telephone: (561) 849-8060
edwoskin@dwowas.com

*Counsel for Movants Boathouse Row I, LP, Boathouse Row II, LP, and Boathouse Row Offshore Minyan, Ltd.*

## Local Rule 3.01(g) Certification

I have conferred with the opposing party regarding my special admission and represent they do not oppose this motion.