**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

| | |
|---|---|
| CAMERON SCHWEITZER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HERTZ GLOBAL HOLDINGS, INC., WAYNE GILBERT WEST, and SCOTT M. HARALSON,<br><br>Defendants. | Case No. 2:26-CV-02242-KCD-NPM |

**DEFENDANTS' NOTICE OF LEAD COUNSEL DESIGNATION**

Defendants Hertz Global Holdings, Inc., Wayne Gilbert West, and Scott M. Haralson ("Defendants"), by and through undersigned counsel and pursuant to Middle District of Florida Local Rule 2.02(a), hereby designate Edmund Polubinski, Esq. as Lead Counsel for Defendants.

Dated: November 5, 2026
Fort Myers, Florida

Respectfully submitted,

**FAEGRE DRINKER BIDDLE & REATH LLP**

*/s/ Traci T. McKee*
Traci T. McKee (FBN 53088)
1500 Jackson Street, Suite 201
Fort Myers, Florida 33901
Tel.: (239) 286-6900
Facsimile: (239) 244-9053
traci.mckee@faegredrinker.com

**DAVIS POLK & WARDWELL LLP**
Edmund Polubinski (lead counsel)
(*pro hac vice* application forthcoming)
Daniel J. Thomson (*pro hac vice* application forthcoming)
450 Lexington Avenue
New York, New York 10017
Tel.: (212) 450-4000
edmund.polubinski@davispolk.com
daniel.thomson@davispolk.com

Jonathan K. Chang (*pro hac vice* application forthcoming)
900 Middlefield Road, Suite 200
Redwood City, California 94063
Tel.: (650) 752-2000
jonathan.chang@davispolk.com

*Attorneys for Defendants Hertz Global Holdings, Inc., Wayne Gilbert West, and Scott M. Haralson*